**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| **Debtor 1** | Gary | Lee | Cope |
| | First Name | Middle Name | Last Name |
| **Debtor 2** | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Virginia (State)

Case number: 13-70421

*FILED ROANOKE, VA*
*U.S. BANKRUPTCY COURT*
*JAN 10 2022*
*By _____ DEPUTY CLERK*

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,800.00 |
|---|---|
| Claimant's Name: | Potomac Recovery, LLC as assignee to unclaimed funds for Gary Lee Cope |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3360 Post Office Road, #1952<br>Woodbridge, VA 22195<br><br>703 244-0307<br>pamela@potomacrecovery.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
_Western_ District of _Virginia_
*[Court enters address here]*

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 5, 2022

*Pamela Ellis*

**Signature of Applicant**

Pamela Ellis, Managing Member

**Printed Name of Applicant**

Address: Potomac Recovery, LLC
3360 Post Office Road, #1952
Woodbridge, VA 22195

Telephone: 703 244-0307

Email: pamela@potomacrecovery.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

**Signature of Co-Applicant (if applicable)**

**Printed Name of Co-Applicant (if applicable)**

Address: _____

Telephone: _____

Email: _____

---

**6. Notarization**
STATE OF _Virginia_
COUNTY OF _Prince William_

This Application for Unclaimed Funds, dated _Jan. 5, 2022_ was subscribed and sworn to before me this _5_ day of _January_, 20_22_ by

_Pamela Ellis_

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _[signature]_

MARIA D. MURPHY
Notary Public
Commonwealth of Virginia
Registration No. 299197
My Commission Expires May 31, 2023

My commission expires: May 31, 2023

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: _____

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re:  Gary Lee Cope | * | Case No. 13-70421 |
| | * | |
| Debtor(s) | * | Chapter 13 |

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Western District of Virginia
Post Office Box 1709
Roanoke, VA 24008-1709

Names and addresses of all other parties served:

Date: January 6, 2022

Pamela Ellis, Managing Member
Potomac Recovery, LLC
3360 Post Office Road, #1952
Woodbridge, VA 22195
703 244-0307
pamela@potomacrecovery.com

## CERTIFICATE OF LLC RESOLUTION

The undersigned Owner of Potomac Recovery, an LLC duly organized under the laws of Virginia (hereinafter, "The LLC"), hereby certify that the following resolutions were duly adopted by said Owner of the LLC on November 4, 2019 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Pamela Ellis is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by her as being in the best interest of the LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in her opinion, in the best interest of the LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 5th day of January, 20 22.

*Pamela Ellis*
Pamela Ellis

Date: January 5, 2022

SUBSCRIBED AND SWORN TO BEFORE ME this 5 day of January, 20 22, in the County of Prince William, State of Virginia.

*[signature]*
Signature of Notary Public
Date Commission Expires: May 31, 2023

```
MARIA D. MURPHY
Notary Public
Commonwealth of Virginia
Registration No. 299197
My Commission Expires May 31, 2023
```

January 6, 2022

U.S. Bankruptcy Court (Western District of Virginia)
210 Church Avenue
Room 200
Roanoke, VA 24011

  RE: Gary Lee Cope – Ch 13 Case 13-70421
    Application for payment of unclaimed funds
    Unclaimed funds - $1,800.00

My name is Pamela Ellis and I am the owner of Potomac Recovery, LLC in Virginia and I am the successor claimant for the above mention matter. I am enclosing to you the following:

- Application for payment of unclaimed funds
- Statement of Authority
- Assignment & Limited power of Attorney Agreement
- Affidavit of Authenticating a photo ID
- Proposed Order
- Supporting documents

I am kindly asking you review this application for processing and please let me know if any additional documents are needed.

                 Regards,

                 *Pamela Ellis*

                 Pamela Ellis
                 Potomac Recovery, LLC
                 pamela@potomacrecovery.com
                 703 244-0307

Enclosures
CC: U.S. Attorney for the Western District of Virginia

**UNITED STATES BANKRUPTCY COURT**
**Western District of Virginia**

| | | |
|---|---|---|
| In re:  Gary Lee Cope | ) | Case No. 13-70421 |
| | ) | |
| Debtor(s) | ) | Chapter 13 |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On <u>January 5, 2022</u>, an application was filed for the Claimant(s), <u>Pamela Ellis, Owner of Potomac Recovery, LLC assignee to Gary Lee Cope</u>, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ <u>1,800.00</u> held in unclaimed funds be made payable to <u>Pamela Ellis, Owner of Potomac Recovery, LLC</u> and be disbursed to the payee at the following address: <u>3360 Post Office Road, #1952 Woodbridge, VA 22195</u>.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.



**Potomac Recovery, LLC**
**3360 Post Office Road, #1952**
**Woodbridge, VA 22195**
**703 244-0307**
**Pamela@potomacrecovery.com**
**www.potomacrecovery.com**

### ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

**THIS AGREEMENT** entered into this 10th day of December 2021 by and between Potomac Recovery, LLC, (hereinafter referred to as "Assignee" -YOU and Gary L Cope whose current address is 1408 Old Nursery Road Rose Hill Va 24281 hereinafter referred to (individually and/or together) as "Assignor". -CLIENT

**WHEREAS** there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds ("Unclaimed funds") remain due to a non-exemption, or a creditor claim. The Assignor believes he has a right to the Unclaimed funds.

**WHEREAS**, Assignor agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

**THEREFORE**, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1. ***Conveyance.*** Assignor does hereby convey, transfer and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

    Location of funds: United States Bankruptcy Court Western District of Virginia(Roanoke)
    Name of client: Gary Lee Cope
    Case number: 13-70421

2. ***Rights Given.*** By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignor's name.

3. ***Collection of Unclaimed funds.*** Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

Case 13-70421    Doc 86    Filed 01/10/22    Entered 01/10/22 16:29:42    Desc Main
                        Document      Page 8 of 10

4. **Fees.**
   a. $450.00 _____ fees are 25% of the unclaimed fund balance recovered.

5. **Confidentiality and Exclusivity.** Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignor also agrees that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. **Representation of Assignor.** The assignor represents and states that: a) the case was filed  b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignor is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignor will cooperate fully with Assignee and its agents in their efforts to obtain the funds, and will do nothing to hinder them; f) Should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. **Representation of Assignee.** Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

**THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT.  DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.**

_Gary L Cope_
Client's name

_Gary L. Cope_
Signature
Telephone  276-832-2530

Email: _____

Pamela Ellis
Pamela Ellis

Potomac Recovery, LLC
703 244-0307
pamela@potomacrecovery.com

## LIMITED POWER OF ATTORNEY

I, __Gary L. Cope__ (Grantor) hereby appoint Potomac Recovery, LLC, a Virginia limited liability company, and Pamela Ellis, its Managing Member ("Attorney in Fact") as my true and lawful attorney for me to claim funds on my behalf and claimable by me that are currently held by any government agency.

I give and grant unto my Attorney in Fact full authority and power to make inquiries about monies that may be claimable by me from any governmental or nongovernmental organization, fill in any applications, make inquiries, hire or get assistance from an attorney, to endorse any payment received from any government agency so my Attorney in Fact can deposit those funds into a bank account held by my Attorney in Fact. My Attorney in Fact is then authorized to deduct any fees due them under a separate fee agreement between myself and the Attorney in Fact, and to then forward the balance of funds to me.

It is my intent that my Attorney in Fact shall perform any and all other acts necessary or incident to the performance and execution of the powers herein expressly granted with power to do and perform all acts authorized hereby; as fully to all intents and purposes as the Grantor might or could do if personally present.

This Power of Attorney will cease twelve (12) months from date hereof.

Dated this __28__ day of __Dec__, 20__21__.

__Gary L Cope__
Grantor

### Notarization

State of __Virginia__ )
: SS.
County of __Lee__ )

{ JANICE JOYNER
Notary Public At Large
Commonwealth Of Virginia
My Commission Expires 7-31-25
Registration #7726849 }

I, the undersigned Notary Public in and for the State of __Virginia__ hereby certify that on the __28th__ day of __December__ 20__21__, personally appeared before me __Gary L Cope__ to me known to be the individual(s) described in and who executed the within instrument, and acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the uses and purposes therein mentioned.

Signed __Janice Joyner__
Notary Public in and for the State of __Virginia__
With an Address of __6489 Dr Thomas Walker Rd; Rose Hill, VA 24281__
My commission expires __July 31, 2025__

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

RE:  Gary Lee Cope                          Chapter 13
             Debtor                         Case No.  13-70421

## TRANSMITTAL OF UNCLAIMED FUNDS

__X__  Comes now the undersigned trustee and reports as follows:

That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

## TRANSMITTAL OF SMALL DIVIDENDS

_____  Comes now the trustee and reports as follows:

Distribution to creditors in an amount of less than five dollars ($5.00) in a Chapter 7 case and fifteen dollars ($15.00) in a Chapter 12 or 13 case, is prohibited by Bankruptcy Rule 3010 unless authorized by the court. No such order has been entered by the court.

The name, address, and amount due each creditor is as follows:

| NAME OF CREDITOR | ADDRESS OF CREDITOR | AMOUNT DUE CREDITOR |
|---|---|---|
| Gary Lee Cope (debtor refund) | 183 Tackett Trail, Rose Hill, VA 24281 | $1,800.00 |

TOTAL OF AMOUNTS OF $25.00 OR MORE PER CREDITOR  $1,800.00 (a)
TOTAL OF AMOUNTS LESS THAN $25.00 PER CREDITOR   $_____ (b)

The trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the amount of $1,800.00 (a) is attached hereto with the request that such funds be deposited in the U.S. Treasury.

I Hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each creditor listed above.

Date _Feb. 23, 2017_

Signed:  /s/ Christopher Micale, Trustee