**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re:  Gary Lee Cope<br>Debtor(s) | CASE NO.    13-70421<br><br>CHAPTER    13 |

**NOTICE OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

You are hereby notified that Pamela Ellis, owner of Potomac Recovery, LLC, has filed an application for payment of unclaimed funds in the amount of $1800.00 in the above case. Objections to the application are to be filed within twenty-one (21) days of the date of this Notice. If no objections are filed, an order granting the application may be entered without a hearing and without further notice.

Service of this notice is being made upon the debtor(s), counsel for the debtor(s), the trustee, the U.S. Trustee's Office, and the Office of the U.S. Attorney.

**DATED: January 11, 2022**

**JAMES W. REYNOLDS**
**CLERK OF COURT**

By:  _____/s/  **Ginger Rose**_____
**Deputy Clerk**

NtcUnclFunds

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 13-70421-pmb |
| Gary Lee Cope | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0423-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: pdf003 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Lee Cope, 183 Tackett Trail, Rose Hill, VA 24281-8817 |
| | + | Gary L. Cope, 1408 Old Nursery Road, Rose Hill, VA 24281-8651 |
| | + | Potomac Recovery, LLC, Pamela Ellis, 3360 Post Office Road #1952, Woodbridge, VA 22195-8060 |
| | | U.S. Attorney, P.O. Box 1709, Roanoke, VA 24008-1709 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher T. Micale (393585) | chapter13_trustee@ch13wdva.com  tng@ch13wdva.com |
| Christopher T. Micale (393585) | on behalf of Trustee Christopher T. Micale (393585) chapter13_trustee@ch13wdva.com  tng@ch13wdva.com |
| Mary Christine Maggard | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF8 Master Participation Trust christine.maggard@brockandscott.com, vaecf@brockandscott.com;cecily.perry@brockandscott.com |
| Robert Brandon Snodgrass | on behalf of Debtor Gary Lee Cope bsnodgrass@snodgrasslawfirm.com dgoodpasture@snodgrasslawfirm.com;snodgrassrbecf@gmail.com;hdamron@snodgrasslawfirm.com |

District/off: 0423-7      User: admin      Page 2 of 2
Date Rcvd: Jan 11, 2022      Form ID: pdf003      Total Noticed: 4

USTrustee
                 USTPRegion04.RN.ECF@usdoj.gov

TOTAL: 5