

**SIGNED THIS 2nd day of February, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT

Western District of Virginia

In re: Gary Lee Cope                                              Case No. 13-70421

Debtor(s)                                                              Chapter 13

ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On January 5, 2022, an application was filed for the Claimants(s), Potomac Recovery, LLC assignee to Gary Lee Cope, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 1,800.00 held in unclaimed funds be made payable to Potomac Recovery, LLC and be disbursed to the payee at the following address: 3360 Post Office Road, #1952, Woodbridge, VA 22195. The Clerk will disburse these funds not earlier than 14 days after entry of this order.