

SIGNED THIS 2nd day of February, 2022

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT

Western District of Virginia

In re: Gary Lee Cope                                    Case No. 13-70421

    Debtor(s)                                              Chapter 13

ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On January 5, 2022, an application was filed for the Claimants(s), Potomac Recovery, LLC assignee to Gary Lee Cope, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 1,800.00 held in unclaimed funds be made payable to Potomac Recovery, LLC and be disbursed to the payee at the following address:  3360 Post Office Road, #1952, Woodbridge, VA 22195.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

United States Bankruptcy Court

Western District of Virginia

In re:  Case No. 13-70421-pmb

Gary Lee Cope  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-7     User: admin     Page 1 of 2

Date Rcvd: Feb 02, 2022     Form ID: pdf003     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Lee Cope, 183 Tackett Trail, Rose Hill, VA 24281-8817 |
| | | Gary L. Cope, 1408 Old Nursery Rd., Rose Hill, VA 24281-8651 |
| blank | + | Potomac Recovery, LLC, 3360 Post Office Rd. #1952, Woodbridge, VA 22195-8060 |
| | | U.S. Attorney, P.O. Box 1709, Roanoke, VA 24008-1709 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher T. Micale (393585) | chapter13_trustee@ch13wdva.com  tng@ch13wdva.com |
| Christopher T. Micale (393585) | on behalf of Trustee Christopher T. Micale (393585) chapter13_trustee@ch13wdva.com  tng@ch13wdva.com |
| Mary Christine Maggard | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF8 Master Participation Trust christine.maggard@brockandscott.com, vaecf@brockandscott.com;cecily.perry@brockandscott.com |
| Robert Brandon Snodgrass | on behalf of Debtor Gary Lee Cope bsnodgrass@snodgrasslawfirm.com dgoodpasture@snodgrasslawfirm.com;snodgrassrbecf@gmail.com;hdamron@snodgrasslawfirm.com |

| District/off: 0423-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: pdf003 | Total Noticed: 4 |

USTrustee
                     USTPRegion04.RN.ECF@usdoj.gov

TOTAL: 5